IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ROSATI, | 1:12-cv-01213-AWI-DLB (PC) |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE (ECF No. 2) |
| v. | |
| IGBINOSO, et al., | ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2012, Plaintiff filed an application to proceed in forma pauperis. However, that application was specific to the Southern District of California, not this Court. Accordingly, the Court HEREBY ORDERS that Plaintiff's application is denied, without prejudice.

Plaintiff has not paid the $350.00 filing fee, or submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately

1 | preceding the filing of the complaint.
2 |     **Failure to comply with this order will result in dismissal of this action.**
3 |     IT IS SO ORDERED.
4 |     Dated: **November 26, 2012**    /s/ **Dennis L. Beck**
    UNITED STATES MAGISTRATE JUDGE