UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WALKER ROSATI,<br><br>    Plaintiff,<br><br>vs.<br><br>IGBINOSO, *et al.*,<br><br>    Defendants. | Case No. 1:12-cv-01213-RRB<br><br>**ORDER REVOKING IFP STATUS** |

At Docket 20, the Court of Appeals referred this matter to this Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court, having fully considered the matter finds that reasonable jurists could not disagree with this Court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further. Accordingly, the appeal is frivolous or taken in bad faith.[1]

**IT IS THEREFORE ORDERED** that Plaintiff's *in forma pauperis* status is hereby **REVOKED**.

**IT IS SO ORDERED** this 17th day of May, 2013.

                                              S/RALPH R. BEISTLINE
                                              UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3); *see Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate if the appeal is frivolous).