UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHILIP ROSATI,

Plaintiff,

vs.

IGBINOSO, Chief Medical Officer, California Department of Corrections and Rehabilitation; and SUSAN HUBBARD, Secretary, California Department of Corrections and Rehabilitation,

Defendants.

Case No. 1:12-cv-01213-RRB

**SCREENING ORDER ON REMAND**

## I. BACKGROUND

This matter is again before this Court on remand from the U. S. Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of that court.[1] The Court of Appeals has entered its mandate, re-vesting jurisdiction in this Court.[2] This Court dismissed the Complaint during the screening process.[3]

On July 16, 2015, Plaintiff Philip Rosati requested that the Court hold the matter in abeyance for a period of 45 days while Plaintiff attempted to obtain counsel.[4] Defendants

---

[1] *Rosati v. Igbinoso*, 791 F.3d 1037 (9th Cir. 2015) (per curiam).

[2] Docket 26.

[3] Dockets 15, 16.

[4] Docket 28.

Igbinosa and Hubbard did not oppose the request, but requested that they be granted an additional 30 days after the expiration of the 45-day stay to respond to Plaintiff's Complaint or Amended Complaint.[5] Although the 45-day period has lapsed, counsel has not entered an appearance on behalf of Plaintiff, nor has Plaintiff filed an Amended Complaint.

## II. SCREENING REQUIREMENT

Reduced to its essence, the gravamen of Rosati's claim is that, as a transsexual male suffering from Gender Identity Disorder ("GID"), he is entitled to a sex change operation at the expense of the State of California. As noted in its earlier Dismissal Order, the Court must screen the Complaint.[6] The Court having again screened the Complaint finds that, as presently constituted, the Complaint is in narrative form with legal argument and citation to authorities, which reads more like a brief than a complaint. Consequently, it is cumbersome and difficult, if not impossible, for the Defendants to admit or deny the allegations.

To facilitate the efficient, orderly, and expeditious resolution of this matter, the Court will dismiss the Complaint with leave to amend in order to provide Rosati an opportunity to file an Amended Complaint consistent with the normal pleading requirements as set forth below.

//

//

---

[5] Docket 30.

[6] Docket 15.

## III. ORDER

The Complaint is hereby **DISMISSED** with leave to amend. Plaintiff has through and including **October 30, 2015**, within which to file an amended complaint consistent with this Order. In filing his amended complaint, Rosati should:

1. Adhere to the Federal Rules of Civil Procedure regarding pleadings, in particular, Rule 8(a), which provides—

> (a) CLAIM FOR RELIEF. A pleading that states a claim for relief must contain:
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

2. Use and follow the instructions for completing the form provided by the Clerk of the Court.

3. Plead the facts entitling him to relief with respect to each claim: (1) the identity of the person doing the act; (2) describe the act; (3) describe the harm/injury suffered as a result; and (4) state the specific relief requested, e.g., amount of monetary damages, *without legal argument or citation to authority*.

4. Contain sequentially numbered paragraphs, and have attached copies of all documents referred to in the body of the complaint to the extent that copies of such documents are within his possession, custody, or control.

Service of the Amended Complaint will be effected through the Court's CM/ECF System. Defendants must serve and file an Answer to the Amended Complaint not more than 30 days after the Amended Complaint is filed.

**In the event Plaintiff fails to file an amended complaint consistent with this Order within the time specified, or such later time as the Court may order, a judgment of dismissal may be entered without further notice.**

**IT IS SO ORDERED** this 14th day of September, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE