UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ROSATI,<br><br>    Plaintiff,<br><br>vs.<br><br>IGBINOSO, Chief Medical Officer, California Department of Corrections and Rehabilitation; and SUSAN HUBBARD, Secretary, California Department of Corrections and Rehabilitation,<br><br>    Defendants. | Case No. 1:12-cv-01213-RRB<br><br>**ORDER RE:  SERVICE** |

    This matter is before this Court on remand from the U. S. Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of that court.[1] Plaintiff Philip Walker Rosati (a/k/a Mia Rosati) appearing through counsel, has filed a First Amended Complaint.

    In the original Complaint Plaintiff named as Defendants Igbinosa, Chief Medical Officer, California Department of Corrections and Rehabilitation ("CDCR"), and Susan Hubbard, Secretary, CDCR. Igbinosa and Hubbard have appeared in this action through counsel. In addition to Igbinosa in the First Amended Complaint Rosati names as Defendants the following employees of the California Department of Corrections and Rehabilitation:

---

[1] *Rosati v. Igbinoso*, — F.3d —, 2015 WL 3916977 (9th Cir. June 26, 2015) (per curiam).

Jeffrey Beard, Secretary, CDCR; Lori Zamora, Chief California Health Care Services; Barry Green, Physician's Assistant Pleasant Valley State Prison; and Anthony Lonigro, Chief Executive Officer, Pleasant Valley State Prison. Defendants Zamora, Green, and Lonigro have not appeared in this action.[2]

Accordingly, on before **November 23, 2015**, counsel for Defendants Jeffrey Beard and Felix Igbinosa must either: serve and file an entry of appearance on behalf of Defendants: Lori Zamora, Chief California Health Care Services; Barry Green, Physician's Assistant Pleasant Valley State Prison; and Anthony Lonigro, Chief Executive Officer, Pleasant Valley State Prison; or notice that counsel does not represent those Defendants.

**IT IS SO ORDERED** this 3rd day of November, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2] Jeffrey Beard is substituted for Susan Hubbard as Secretary, CDCR. Fed. R. Civ. P. 25(d).