UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ROSATI,<br><br>    Plaintiff,<br><br>vs.<br><br>IGBINOSO, Chief Medical Officer, California Department of Corrections and Rehabilitation; and SUSAN HUBBARD, Secretary, California Department of Corrections and Rehabilitation,<br><br>    Defendants. | Case No. 1:12-cv-01213-RRB<br><br>**ORDER EXTENDING TIME**<br>**TO FILE ANSWER** |

The Stipulation for Extension of Time to Respond to Plaintiff's First Amended Complaint filed at **Docket 36** is hereby **APPROVED**. Defendants have through and including **January 15, 2016**, within which to serve and file an answer to the First Amended Complaint.

**IT IS SO ORDERED** this 1st day of December, 2015.

                                                S/ RALPH R. BEISTLINE
                                                UNITED STATES DISTRICT JUDGE